**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00449-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORPORATION, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE (US) INC., TCL ELECTRONICS HOLDINGS LIMITED, | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## <u>ORDER</u>

Before the Court is the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff Agis Software Development LLC ("Plaintiff"). (Dkt. No. 16). In the Notice, Plaintiff voluntarily dismisses the above-captioned case against Defendants TCL Technology Group Corporation, TCL Communication Technology Holdings Limited, TCT Mobile (US) Inc., and TCL Electronics Holdings Limited ("Defendants") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. (*Id.*).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiff in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 21, 2024**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE